# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| TORREY HARRISON, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>)<br>GRANITE BAY CARE, INC., )<br>)<br>DEFENDANT ) | CIVIL NO. 2:13-CV-123-DBH |

## REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56

A Local Rule 56 pre-filing conference was held on December 5, 2013.

The plaintiff's complaint asserts one claim for wrongful termination based on a violation of the Maine Whistleblower Protection Act, 26 M.R.S.A. § 833 and the Maine Human Rights Act, 5 M.R.S.A. §§ 4572(1)(A), 4621, and 4613-14. The defendant will specifically address the issue of the futility of plaintiff reporting the alleged problems to Granite Bay Care and whether it was part of the plaintiff's job to make these types of reports.

The following deadlines were established by agreement:

> By January 24, 2014, the defendant will file its motion for summary judgment.
>
> By February 14, 2014, the plaintiff will respond to the motion for summary judgment.
>
> By February 28, 2014, the defendant will file its reply.

**SO ORDERED.**

**DATED THIS 12TH DAY OF DECEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**